PD-1290-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/30/2015 12:05:40 PM
Accepted 9/30/2015 3:39:29 PM
ABEL ACOSTA
CLERK

PD _____

## NO. 07-14-00401-CR

---

## TO THE COURT OF CRIMINAL APPEALS

---

VICTOR MANUEL PENSADO, APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from Cause No. 67,365-B in the 181st District Court of

Potter County, Texas.

The Honorable John B. Board, Presiding.

---

## Appellant's Motion to Extend Time to File PDR

---

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Victor Manuel Pensado, Appellant, moves this Court to grant an

extension of time to file PDR, and respectfully states:

FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

1. The Seventh Court of Appeals affirmed the trial court's judgment in an opinion dated September 1, 2015. *Pensado v. State*, 07-14-00401-CR (Tex.App.—Amarillo, Sept. 1, 2015, no pet.);

2. Appellant seeks an extension of time of 30 days in which to file PDR, making such due to be filed on or before October 30, 2015;

3. Appellant requests this extension to allow him the opportunity to either hire counsel to file PDR on his behalf or to file PDR *pro se*;

4. Appellate counsel for appellant was not appointed to represent appellant on PDR and is unable to continue her representation of appellant *pro bono*;

5. No other motions for extensions have been filed.

For the foregoing reasons, Appellant requests that this Court grant his Motion for Extension of Time to File PDR, extending the time for filing PDR to October 30, 2015.

Respectfully Submitted,

/s/ Hillary S. Netardus

P.O. Box 50652
Amarillo, TX 79159-0652
hillarynetardus@yahoo.com
State Bar No. 00791683
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Time to File Appellant's Brief has been served upon the parties in the following manners:

1.      Jack Owen and Kathy Levy, counsel of record for the State, by E-Mail to the email addresses on file with EFileTexas.gov, the electronic filing manager for the Court; and

2.      Victor Manuel Pensado, appellant, by United States First Class Mail at 709 S. Houston in Amarillo, Texas.


/s/ Hillary S. Netardus